ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

AIDA O'BRIEN,

Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION a/k/a WACHOVIA MORTGAGE, a National Association; EXECUTIVE TRUSTEE SERVICES, LLC d/b/a ETS SERVICES LLC, a Limited Liability Company; IM YANG UK, an individual MOON MIHEE, an individual; and DOES 1 through 20, inclusive,

Defendants.

CASE NO.: 8:13-cv-00831-AG-JCG

**JUDGMENT**

[Assigned to the Hon. Andrew Guilford]

The Court, having conducted the Status Conference on June 17, 2013, hereby enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

A judgment shall be entered in favor of defendants Wells Fargo

Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), Executive Trustee Services LLC d/b/a ETS SERVICES LLC, Im Yang Uk, and Moon Mihee.

DATED: June 26, 2013

THE HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

***Served By Means Other than Electronically Via the Court's CM/ECF System:***

***Plaintiff in Pro Per:***

Aida O'Brien
5942 Edinger Avenue, #114
Huntington Beach, California 92649
Tel: (714) 943-7373 | Fax: (714) 846-8619

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 18, 2013.

Maureen Courtney
(Type or Print Name)

/s/ Maureen Courtney
(Signature of Declarant)